## ATTACHMENT A

### Defendant's Acceptance

I, RUSSELL DODGE, JR., have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

| | |
|---|---|
| 1-24-23 | *Russell Dodge Jr.* |
| Date | RUSSELL DODGE, JR. |
| | Defendant |